IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


THE COFFEE BEANERY, LTD., a
Michigan corporation, et al.,                                Civil Action No. 06-10408

            Plaintiffs,                                Hon. Patrick J. Duggan

vs.

WW, LLC, a Maryland limited liability
corporation, et al,
            Defendants.

---

| | |
|---|---|
| PEAR SPERLING EGGAN & DANIELS, PC | COHAN, WEST, RIFKIN & COHEN, P.C. |
| By: Karl V. Fink (P13429) | By: Harry M. Rifkin |
|     Paul R. Fransway (P37900) | Attorneys for Defendants |
| Attorneys for Plaintiffs | 210 N. Charles Street |
| 24 Frank Lloyd Wright Drive | Suite 2404 |
| Ann Arbor, Michigan 48105 | Baltimore, Maryland 21201 |
| 734-665-4441 | 410-332-1400 |
| kfink@psedlaw.com | |
| | LARENE & KRIGER, PLC |
| | By: Mark Kriger (P30298) |
| | Co-Counsel for Defendants |
| | 645 Griswold Street, Suite 1717 |
| | Detroit, Michigan 48228 |
| | 313-967-0100 |

---

**INDEX OF EXHIBITS TO**
**APPLICATION/MOTION TO CONFIRM ARBITRATION AWARD**


| **Exhibit** | **Description** |
|---|---|
| A | Arbitration Award Signed March 28, 2007 |